IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-754-GCM

| | |
|---|---|
| AMY LESNESKI, )<br>              **Plaintiff,** )<br>v. )<br>)<br>ROSS STORES, INC., a Delaware )<br>Corporation, and MARK STEGALL, )<br>an individual jointly and severally, )<br>directly and vicariously, )<br>              **Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Tamula R. Yelling,** filed March 21, 2017 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Yelling is admitted to appear before this court *pro hac vice* on behalf of Defendant, Ross Stores, Inc. and Mark Stegall.

**IT IS SO ORDERED.**

Signed: March 22, 2017

Graham C. Mullen
United States District Judge